Kathryn B. COHEN, Appellant, v. Bert WHISNAND, Appellee.

No. 11099.

Circuit Court of Appeals, Ninth Circuit.

Sept. 26, 1945.

Lasher B. Gallagher, of Los Angeles, Cal., for appellant.

No appearances for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, by Mr. Lasher B. Gallagher, her counsel, for dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

Mrs. Sam NAIFEH v. UNITED STATES of America.

No. 3088.

Circuit Court of Appeals, Tenth Circuit.

Aug. 24, 1945.

Miller, Lytle & Wildman, of Sapulpa, Okl., for appellant.

J. Edward Williams, Acting Head, Lands Division, Department of Justice, Vernon L. Wilkinson and S. Billingsley Hill, Attys., Department of Justice, all of Washington, D. C., and Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment entered pursuant to stipulation, reversing and remanding cause to the District Court with directions to dismiss the action.

Ray JOHNSTON, Appellant, v. UNITED STATES of America, Appellee.

No. 11036.

Circuit Court of Appeals, Ninth Circuit.

Oct. 1, 1945.

Abraham Gottfried and Edward Feldman, both of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and V. P. Lucas, Asst. U. S. Attys., both of Los Angeles, Cal., for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the Court, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.